An unpublished opinion of the North Carolina Court of Appeals does not constitute controlling legal authority. Citation is disfavored but may be permitted in accordance with the provisions of Rule 30(e)(3) of the North Carolina Rules of Appellate Procedure.

IN THE COURT OF APPEALS OF NORTH CAROLINA

No. COA26-163

Filed 15 July 2026

Johnston County, No. 22CR050850-500

STATE OF NORTH CAROLINA

v.

VERNON EDWARD GRAHAM III, Defendant.

Appeal by Defendant from judgment entered 2 July 2025 by Judge Paul A. Holcombe, III, in Johnston County Superior Court. Heard in the Court of Appeals 14 July 2026.

> *Attorney General Jeff Jackson, by Assistant Attorney General Allison J. Newton, for the State.*

> *Appellate Defender Glenn Gerding, by Assistant Appellate Defender Jillian C. Franke, for Defendant-Appellant.*

PER CURIAM.

Vernon Edward Graham, III, ("Defendant") appeals from the trial court's judgment imposing a mitigated sentence of five to fifteen months of imprisonment for felony fleeing to elude arrest. On appeal, Defendant's counsel filed a brief pursuant

to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967), and *State v. Kinch*, 314 N.C. 99, 331 S.E.2d 665 (1985). In accordance with *Anders* and *Kinch*, counsel advised Defendant of his right to file his own arguments and provided him with a copy of the brief, transcript of proceedings, record on appeal, and this Court's mailing address. Defendant has not filed any written arguments on his own behalf, and a reasonable time to have done so has passed.

Under *Anders* and *Kinch*, this Court must conduct "a full examination of all the proceedings[,]" which include a "review [of] the legal points appearing in the record, transcript, and briefs, not for the purpose of determining their merits (if any) but to determine whether they are wholly frivolous." *Kinch*, 314 N.C. at 102–03, 331 S.E.2d at 667 (citation omitted).

As required by *Anders* and *Kinch*, we have fully examined the record in this case for any issues with arguable merit, including, but not limited to, the trial court's denial of Defendant's motion to dismiss. We are unable to find any prejudicial errors, and we conclude that this appeal is wholly frivolous. Accordingly, we dismiss the appeal.

DISMISSED.

Panel consisting of Judges COLLINS, CARPENTER, and FLOOD.

Report per Rule 30(e).